# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dmitriy Bronshteyn and Regina Bronstein | BKY. NO. 13-01150 RNO |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2194

                          Respectfully submitted,

                          **/s/ Thomas Puleo**
                          Thomas Puleo, Esquire
                          James C. Warmbrodt, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 825-6306  FAX (215) 825-6406
                          Attorney for Movant/Applicant