```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                                   Case No. 13-01150-JJT
Dmitriy Bronshteyn
Regina Bronstein                                                         Chapter 13
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner                Page 1 of 2           Date Rcvd: May 09, 2018
                              Form ID: 3180W               Total Noticed: 51
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
```
db/jdb        +Dmitriy Bronshteyn,    Regina Bronstein,    2258 Hemlock Farms,    Hawley, PA 18428-9155
4273556       +Amato and Lessa, P.C.,    107 N. Commerce Way, Ste.100,    Bethlehem, PA 18017-8913
4343734       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,   2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
4329069       +Arrowood Indemnity/Tuitiongard,    Sunrise Credit Services Inc,    260 Airport Plaza,
                Farmingdale, NY 11735-4021
4273559        Arthur Lashin, Esq.,    Hayt, Hayt & Landau,    123 S. Broad St., Ste 1660,
                Philadelphia, PA 19109-1003
4273563       +Bluestone Investments,    107 North Commerce Way,    Bethlehem, PA 18017-8913
4273564        Bon Secour Commun Hosp,    PO Box 404299,    Atlanta, GA 30384-4299
4273565       +Capital One Bank,    400 Market St.,6th Fl,    Philadelphia, PA 19106-2513
4273568       +Con Edison,    PO Box 138,   New York, NY 10276-0138
4281141       +Consolidated Edison Company of,    New York Inc,    Bankruptcy Group,
                4 Irving Place Room 1875-S,    New York, NY 10003-3502
4303311        Geisinger Health System,    100 North Academy Avenue,    Danville, PA 17822-4938
4273569       +Geisinger Wyoming Med Clnc,    100 North Academy Ave.,    Danville, PA 17822-9800
4273570       ++HORIZON FINANCIAL MANAGEMENT LLC,    9980 GEORGIA ST,    CROWN POINT IN 46307-6520
              (address filed with court:  Horizon Financial Mgmt,    8585 S. Broadway, Ste 880,
                Merrillville, IN 46410)
4273574        Marks, McLaughlin & Dennehy,    12 West Market Street,    PO Box 179,    Danville, PA 17821-0179
4273575        McCabe, Weisberg & Conway, PC,    123 South Broad St, STe 2080,    Philadelphia, PA 19109-1031
4273576        Mercantile,    PO Box 9016,   Williamsville, NY 14231-9016
4273577       +Mercantile Adjustment Bureau,    6390 Main St. S-160,    Williamsville, NY 14221-5857
4273582        NYC Dept. of Finance,    Church Street Station,    PO Box 3615,    New York, NY 10008-3615
4273583        NYC Dept. of Finance,    Church Street Station,    PO Box 3610,    New York, NY 10008-3610
4288594       +New York City Department of Finance,    City of New York,    Department of Finance,
                59 Maiden Lane 24th Floor,    New York, NY 10038-4613
4273581        NorthStar Location Services,    Attn: Financial Services Dept.,    4285 Genesee Street,
                Cheektowaga, NY 14225-1943
4273580       +Northland Group,    PO Box 390846,    Mail Code TRKX34,    Minneapolis, MN 55439-0846
4273587       +PPL Electric Utilities,    2 North 9th street RPC-GENN1,    Allentown, PA 18101-1179
4356377       +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4273585       +Penn Credit,    Geissinger Hospital,    P.O. Box 988,   Harrisburg, PA 17108-0988
4273588       +RUI Credit Services,    PO Box 1349,    Melville, NY 11747-0421
4273591       +The New York Eye And Ear Infirmary,    310 E 14th Street,    New York, NY 10003-4297
4273592        Universal Fidelity,    PO Box 219785,    Houston, TX 77218-9785
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4278886       +EDI: LTDFINANCIAL.COM May 09 2018 23:03:00      Advantage Assets II, Inc.,
                7322 Southwest Frwy, Suite 1600,    Houston, TX 77074-2134
4273555        EDI: ALLIANCEONE.COM May 09 2018 23:03:00      Alliance One Receivables Mgt,    PO Box  3107,
                Southeastern, PA 19398-3107
4273557       +EDI: AMEREXPR.COM May 09 2018 23:03:00      American Express,    PO Box 26312,
                Lehigh Valley, PA 18002-6312
4273558       +EDI: AMEREXPR.COM May 09 2018 23:03:00      American Express,    PO Box 6618,
                Omaha, NE 68106-0618
4343386        EDI: BECKLEE.COM May 09 2018 23:03:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                POB 3001,   Malvern  PA 19355-0701
4273560       +EDI: ACCE.COM May 09 2018 23:03:00      Asset Acceptance,    PO Box 2036,    Warren, MI 48090-2036
4346850       +EDI: ATLASACQU.COM May 09 2018 23:03:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
4273562        EDI: BANKAMER.COM May 09 2018 23:03:00      Bank of America,    4161 Piedmont PKWY,
                Greensboro, NC 27420
4273566       +EDI: CHASE.COM May 09 2018 23:09:00      Chase Bank USA NA,    Po Box 15298,
                Wilmington, DE 19850-5298
4273567       +EDI: CITICORP.COM May 09 2018 23:03:00      Citibank SD,    PO Box 6497,
                Sioux Falls, SD 57117-6497
4273571       +EDI: HFC.COM May 09 2018 23:03:00      HSBC NV,    PO Box 19360,    Portland, OR 97280-0360
4273572       +EDI: LTDFINANCIAL.COM May 09 2018 23:03:00      LTD Financial Services,    7322 Southwest FRE,
                Suite 1600,    Houston, TX 77074-2134
4310023        E-mail/Text: camanagement@mtb.com May 09 2018 19:17:31      M & T Bank,    P.O. Box 1288,
                Buffalo , New York 14240
4273573        E-mail/Text: camanagement@mtb.com May 09 2018 19:17:31      M & T Bank,    PO Box 1288,
                Buffalo, NY 14240-1288
4273578       +EDI: MID8.COM May 09 2018 23:09:00      Midland Funding,    8875 Aero Dr. Ste. 200,
                San Diego, CA 92123-2255
4273579       +E-mail/Text: mmrgbk@miramedrg.com May 09 2018 19:17:52      MiraMed Revenue Group,    PO Box 536,
                Linden, MI 48451-0536
4273584       +E-mail/Text: bankruptcy@oliphantfinancial.com May 09 2018 19:17:47      Oliphant Financial,
                9009 Town Center Parkway,    Lakewood Ranch, FL 34202-4185
4273586        EDI: PRA.COM May 09 2018 23:03:00      Portfolio Recovery Assoc.,    120 Corporate Blvd., Ste 100,
                Norfolk, VA 23502
```

```
District/off: 0314-5          User: AGarner              Page 2 of 2                Date Rcvd: May 09, 2018
                              Form ID: 3180W             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4346022        EDI: PRA.COM May 09 2018 23:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk, VA 23541
4317161        EDI: Q3G.COM May 09 2018 23:03:00      Quantum3 Group LLC as agent for,    Second Round LP,
                 PO Box 788,    Kirkland, WA 98083-0788
4598498        EDI: RECOVERYCORP.COM May 09 2018 23:08:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4273589       +EDI: SECONDROUND.COM May 09 2018 23:08:00      Second Round LP,    PO Box 41955,
                 Austin, TX 78704-0033
4273590       +EDI: CITICORP.COM May 09 2018 23:03:00      Thd/Cbna,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4280170*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court:   M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240)
4273561       ##+Asset Management Prof,    PO Box 2824,    Woodstock, GA 30188-1386
4273593       ##+Wayne Enterprises,    742 Main St. Ste 105,    Honesdale, PA 18431-1855
                                                                                TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank Mcohen@mwc-law.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 2 Regina   Bronstein pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
              Vern S. Lazaroff    on behalf of Debtor 1 Dmitriy   Bronshteyn pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                              TOTAL: 10
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Dmitriy Bronshteyn** | Social Security number or ITIN | **xxx–xx–3941** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Regina Bronstein** | Social Security number or ITIN | **xxx–xx–0037** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | | |
| Case number: **5:13–bk–01150–JJT** | | | |

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dmitriy Bronshteyn                                 Regina Bronstein
                                                   aka Regina Ratush

**By the court:**

May 9, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**